UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JH SHIPPING CO. LTD.,

                Plaintiff,

- against -

BELARUSSIAN SHIPPING CO. and TRASER
ALLIANCE LTD.,

                Defendant.
------------------------------------------------------------------X



07 CIV 9343

ECF CASE



**DISCLOSURE OF INTERESTED PARTIES
PURSUANT TO FEDERAL RULE 7.1**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: October 17, 2007
       New York, NY

                      The Plaintiff,
                      JH SHIPPING CO. LTD.

                      By: _____
                      Kevin J. Lennon
                      Nancy R. Peterson
                      LENNON, MURPHY & LENNON, LLC
                      The Gray Bar Building
                      420 Lexington Avenue, Suite 300
                      New York, NY 10170
                      (212) 490-6050 - phone
                      (212) 490-6070 - fax
                      kjl@lenmur.com
                      nrp@lenmur.com

Case 1:07-cv-09343-RMB    Document 2    Filed 10/18/2007    Page 2 of 2