CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                           :

JH SHIPPING CO. LTD.,                 :

                             Plaintiff,         :     **07-CV-9343**

                  v.                        :     **NOTICE OF**
                                           :     **<u>APPEARANCE</u>**

BELARUSSIAN SHIPPING CO. and TRASER  :
ALLIANCE LTD.,

                          Defendant.     :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
        October 24, 2007

                                              CLARK, ATCHESON & REISERT
                                              Attorneys for Garnishee
                                              Societe Generale New York Branch

                        By:   _____
                                Richard J. Reisert (RR-7118)
                                7800 River Road
                                North Bergen, NJ  07047
                                Tel: (201) 537-1200
                                Fax: (201) 537-1201
                                Email:  reisert@navlaw.com