USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| The GrayBar Building | Patrick F. Lennon – pfl@lenmur.com | Tide Mill Landing |
|---|---|---|
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – cem@lenmur.com | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon – kjl@lenmur.com | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Siegel – nrs@lenmur.com | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

**MEMO ENDORSED**

March 11, 2008

**By Hand**
Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007-1581

Re:   **JH Shipping v. Belarussian Shipping Co. and Traser Alliance Ltd.**
Docket #: 07 Civ. 9343 (RMB)
Our Ref: 07-1249

Dear Judge Berman:

[Handwritten endorsement: Court does not perceive the value of suspense status at this time. Conference + status report on 4/10/08 @ 9:15 A.M.

SO ORDERED:
Date: 3/14/08
Richard M. Berman, U.S.D.J.]

As requested by your Honor's law clerk, we write to provide the Court with the status of the above-captioned case.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On October 10, 2007 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendants' property in the hands of garnishee banks located within the Southern District of New York in the total amount of $825,810.75.

Pursuant to service of the Writ and Ex-Parte Order, garnishee bank, Wachovia, restrained the Defendants' funds in the approximate amount of $37,400.00. Notice of attachment was duly sent to the Defendant(s). Other amounts were attached but were mistakenly released. Plaintiff is currently examining possible action(s) against the applicable garnishee. In the meantime, Plaintiff continues to serve the Writ of attachment in the hopes of becoming fully secured.

Despite the notice of attachment, Defendants have failed file an answer or otherwise appear in this action. In light of the foregoing, we respectfully request that this matter be placed on the suspense calendar while Plaintiff continues to serve. If the Defendants appear at a later date it may request a conference at that time.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court.

Respectfully Submitted,

Nancy R. Peterson (Siegel)