USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JH SHIPPING CO. LTD.,

                Plaintiff,                07 Civ. 9343 (RMB)

     -against-                    **ORDER OF DISCONTINUANCE**

BELARUSSIAN SHIPPING CO., et al.,

                Defendants.
------------------------------------------------------------X

     Based on Plaintiff having indicated on the record at today's conference that the parties have reached a settlement in the London Arbitration, it is hereby

     **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that within thirty (30) days of the date of this Order, the Plaintiff or Defendant may apply by letter showing good cause why this action should be restored to the calendar of the undersigned.

**SO ORDERED**.

Dated: New York, New York
       April 10, 2008

                                                /s/ RMB
                                        Richard M. Berman, U.S.D.J.