

# TISDALE
## LAW OFFICES, LLC

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

LL@TISDALE-LAW.COM

*New York, NY • Southport, CT*

WWW.TISDALE-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

**MEMO ENDORSED**

APR 24 2008

April 24, 2008

Conference on 5/15/08 @ 9:00 A.M.

**By Hand**
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007-1581

    Re:    **JH Shipping v. Belarussian Shipping Co.**
            Docket Number: 07 CV 9343 (RMB)
            Our File: 08-1772

**SO ORDERED:**
Date: 4/24/08
Richard M. Berman, U.S.D.J.

Dear Honorable Sir:

    We are attorneys for the Defendant, Belarussian Shipping Co. in the above captioned matter. We write in response to Plaintiff's counsel's letter dated April 21, 2008.

    On or about April 9, 2008, we received written instructions from the London Solicitor negotiating the settlement that the settlement had been finalized and JH Shipping had been paid. This office did not participate in the settlement negotiations or payment of same. We were retained to liase with Plaintiff's counsel regarding the release of the attached funds and dismissal of the action in light of the settlement. After receiving the written instructions confirming finalization and payment of the settlement, we wrote to Plaintiff's counsel Mr. Lennon on April 9, 2008 stating that we had been advised that the case settled and should be dismissed. We further asked Mr. Lennon if he had heard the same. On April 10, 2008, we received an email from Mr. Lennon stating that he had not yet been advised of a settlement, but had just written his clients requesting information on the status of the matter.

    On April 21, 2008, Plaintiff's counsel wrote us to advise that our client had not paid the settlement. That same day, we inquired with London counsel whether same was the case. London counsel has subsequently confirmed that the settlement remains unpaid and is pressing the client for a response. On April 21, 2008, Plaintiff's counsel wrote to Your Honor requesting that this case be restored to the Court's active docket.

Thus, in response to Your Honor's Order of April 21, 2008, we are disappointed that our ultimate client has not satisfied the settlement but we do not believe that there is any basis for the imposition of Rule 11 sanctions as we acted in reasonable reliance upon written instructions from our client.

Respectfully submitted,

Thomas L. Tisdale

cc:    *Via Facsimile (212) 490-6070*
       Kevin J. Lennon
       Lennon, Murphy & Lennon, LLC
       420 Lexington Ave., Suite 300
       New York, NY 10170

**Lennon, Murphy & Lennon, LLC**
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070

www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615

mail@lenmur.com

**MEMO ENDORSED**

April 21, 2008

**By Hand**
Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007-1581

> Def counsel to respond by 4/24/08 + to consider Rule 11 issues in your response. Parties are expected to live up to their settlements.
>
> SO ORDERED
> Date: 4/21/08  Richard M. Berman
> Richard M. Berman, U.S.D.J.

Re:   *JH Shipping v. Belarussian Shipping Co. et ano*
      Docket no.: 07 Civ. 9343 (RMB)
      Our Ref:    07-1249

Dear Judge Berman:

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On April 10, 2008 we attended a status conference before your Honor and advised that the Court that the parties had reached a settlement but that Defendant had not yet made payment in satisfaction of the settlement. Your Honor issued an Order discontinuing the case subject to the case being restored to the Court's calendar for good cause shown.

We have now been advised that the deadline for the Defendant to satisfy the settlement has passed but that payment has not been received and is not expected. We therefore request that your Honor restore this matter to his calendar so that Plaintiff may take further action to both obtain security for its claims and also, if necessary, proceed with an application for enforcement and recognition of its interim London arbitration award. Plaintiff has to date succeeded in attaching slightly more than $37,000 of Defendant's property in the district and has obtained an interim London arbitration award in its favor in the sum of $354,275.83, exclusive of interest, costs and fees.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court.

Respectfully submitted,

Kevin J. Lennon

KJL/bhs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-21-08

Patrick F. Lennon  |  Charles E. Murphy  |  Kevin J. Lennon  |  Nancy R. Siegel  |  Anne C. LeVasseur  |  Coleen A. McEvoy