UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
JH SHIPPING                                    :
                                               :
                      Plaintiff,               :
                                               :          07 CV 9343 (RMB)
          - against -                          :          ECF CASE
                                               :
BELARUSSIAN SHIPPING  CO.                      :          **RESTRICTED APPEARANCE**
                                               :
                      Defendants.              :
-----------------------------------------------------X

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure E(8) of the

Supplemental Rules for Certain Admiralty and Maritime Claims, the Defendant, Belarussian

Shipping Co., hereby appears pursuant to Rule E (8), "Restricted Appearance" in the above-

captioned action and that the undersigned has been retained as attorneys for said Defendant and

demands that a copy of all pleadings and papers in this action be served upon the undersigned at

the office address stated below.

Dated: New York, New York
       June 9, 2008

                                    Respectfully,
                                    TISDALE LAW OFFICES,


                          By:
                                    Lauren C. Davies (LD1980)
                                    11 West 42nd Street, Suite 900
                                    New York, NY 10036
                                    Tel.: 212-354-0025
                                    Fax: 212-869-0067
                                    ldavies@tisdale-law.com